# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| YEVETTE WATERS, | ) | CASE NO. 1:22-cv-263 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| KEITH D. WEINER & ASSOCIATES CO., LPA, | ) ) ) | |
| DEFENDANT | ) | |

This case having been settled by agreement of the parties, this case hereby is dismissed with prejudice. (*See* Doc. Nos. 11, 12.) Any and all releases, agreements or judgment entries necessary to comply with this settlement shall be executed by the interested parties.

A final agreed entry, approved by counsel for all parties, shall be filed with the Court on or before July 8, 2022. The Court shall retain jurisdiction over the settlement of this matter.

This case is closed.

**IT IS SO ORDERED**.

Dated: May 9, 2022

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**