# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| YEVETTE WATERS, | ) | CASE NO. 1:22-cv-263 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| KEITH D. WEINER & ASSOCIATES CO., L.P.A., | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter comes before the Court upon the parties' Joint Stipulation of Dismissal. (Doc. No. 14.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), parties may stipulate to dismissal of an action by filing a stipulation of dismissal signed by all parties who have appeared. The parties in this case have entered into such a stipulation and, therefore, this case is closed.

**IT IS SO ORDERED**.

Dated: July 11, 2022

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**